# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

## Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | JOSEPH OTTO LETIZIA & ZHANHONG CHEN |
| **Case Number:** | 3:13-BK-09233-RJH    **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, OCTOBER 08, 2013 02:00 PM   6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | JANET SMITH |
| **Reporter / ECR:** | CHRISTINA JOHNSON |

### Matter:

HEARING ON RICKY LUNDY'S OBJECTION TO DEBTORS' CLAIMED EXEMPTION OF THE 2002 GMC TOP-KICK

**R / M #:** 25 / 0

### Appearances:

ANDREW DUDLEY, ATTORNEY FOR EDWARD J. MANEY, TRUSTEE
VINCENT R MAYR, ATTORNEY FOR JOSEPH OTTO LETIZIA, ZHANHONG CHEN
GEOFFREY KHOTIM, ATTORNEY FOR RICK LUNDY

### Proceedings:

Mr. Khotim stated he will withdraw the objection to the tools.   He further reviewed his objection as to the truck.

Mr. Mayr responded.

COURT:   IT IS ORDERED TAKING THIS MATTER UNDER ADVISEMENT.

cc: Pat
    Jim